JUDGE DAVID GUADERRAMA    EP12CR1664

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: _____ | | UNSEALED __XX__ |
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: June 27, 2012 | MAG CT No.: EP-12-M-3117-RPM | FBI No.: |
| CASE NO: EP-12-CR- | ASSISTANT U.S. ATTORNEY: PATRICIA AGUAYO | |
| DEFENDANT: **EDGAR LOPEZ** | | DOB: REDACTED |
| ADDRESS: REDACTED | | |
| CITIZENSHIP: US      INTERPRETER NEEDED: Yes      LANGUAGE: Spanish | | |
| DEFENSE ATTORNEY: Brandon Lee Lettunich  ADDRESS: | | EMPLOYED ____ APPOINTED _X_ |
| DEFENDANT IS: Custody | | |
| DATE OF ARREST: June 20, 2012 | | BENCH WARRANT: NO |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| PROSECUTION BY: INFORMATION | | |
| OFFENSE (Code and Description): **CT 1-** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iv) and (a)(1)(B)(i) - Conspiracy to Encourage and Induce the Illegal Entry of Aliens for Financial Gain | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: $250,000/NOT MORE THAN 10 YEARS/NOT MORE THAN 3 YRS SUP RELEASE/$100 MANDATORY ASSESSMENT | | |
| PENALTY IS MANDATORY: NO | | |
| REMARKS: HSI - Nestor Canales | | |

WDT-Cr-3