IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. EP-12-CR-1664-DB |
| | § | |
| EDGAR LOPEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses without prejudice the Felony Complaint against Defendant **EDGAR LOPEZ**.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES MAGISTRATE JUDGE

DATE: 10-31-2012