AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

FILED
2012 OCT 26 PM 4: 37

UNITED STATES OF AMERICA

v.

EDGAR LOPEZ

Defendant.

Case Number   EP-12-CR-1664-DB
USM Number    73239-280

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, EDGAR LOPEZ, was represented by Brandon Lee Lettunich.

The defendant pled guilty to an Information on July 18, 2012. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 U.S.C. 1324 | Encouraging and Inducing the Illegal Entry of Aliens for Financial Gain | May 29, 2012 | One (1) |

As pronounced on October 26, 2012, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___26th___ day of October, 2012.

DAVID BRIONES
Senior United States District Judge

ON 12-20-12 SUBJECT
REL TO: Street
R. ALMONTE, USM
BY: