| PROB 22 (Rev. 9/98) | | DOCKET NUMBER *(Tran. Court)* EP-12-CR-1664DB(1) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR 15-544 KG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| LOPEZ, Edgar<br>District of New Mexico | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | David Briones | |
| | DATES OF PROB/ SUPV. REL. | FROM December 27, 2013 | TO December 26, 2015 |

OFFENSE
Encouraging and Inducing the Illegal Entry of Aliens for Financial Gain, a violation of 8 U.S.C. § 1324

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Mexico, period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-29-2015
Date

/s/ David Briones
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Mexico

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/19/2015
Effective Date

/s/ Kenneth J. Gonzales
United States District Judge